IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00051-REB

UNITED STATES OF AMERICA,

    Plaintiff,

1. KERWIN L. TOM,

    Defendant,

---

**ORDER VACATING CHANGE OF PLEA HEARING
AND SETTING CASE FOR STATUS CONFERENCE**

---

THE COURT, having considered the government's Motion to Continue Change of Plea Hearing and Set Case for Status Conference,

HEREBY GRANTS the motion to continue the change of plea hearing set for April 10, 2008, and further,

ORDERS THIS MATTER SET FOR A STATUS CONFERENCE on the 24th day of April, 2008, at 2:30, in Durango, Colorado.

DATED this 10th day of April, 2008.

                By the Court:

                _____
                David L. West
                United States Magistrate Judge